# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AUDREY M. HORN and APRIL D. BROWN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:09-1178 |
| ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF EDUCATION, ) | Magistrate Judge Knowles |
| DIVISION OF SPECIAL EDUCATION, ) | |
| METROPOLITAN NASHVILLE PUBLIC ) | |
| SCHOOLS, PEARL COHN HIGH SCHOOL, ) | |
| RALPH THOMPSON, and LINDA DUPRI, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On January 28, 2011, the Magistrate Judge issued a Report and Recommendation, to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which can be granted.

It is so **ORDERED.**

Enter this 16th day of February 2011.

ALETA A. TRAUGER
U.S. District Judge